# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**NATIONAL JUDGMENT RECOVERY, INC.,**

    Plaintiff,

v.                                                    Case No.: 8:21-mc-30-MSS-AAS

**MAYDA SANCHEZ,**

    Defendant.

_____/

## ORDER

National Judgment Recovery, Inc. (NJR) moves the court, under Rule 69 of the Federal Rules of Civil Procedure and Florida Statutes § 77.01 et seq., to issue a writ of garnishment against Truist Bank for a judgment owed by Mayda Sanchez. (Doc. 14).

Rule 69 provides that a money judgment is enforced by a writ of garnishment. Fed. R. Civ. P. 69(a)(1). "The procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id.* Florida law provides a right to a writ of garnishment to judgment creditors to help satisfy a money judgment. Fla. Stat. § 77.01. To obtain a writ of garnishment, the judgment creditor must file a motion stating the amount of the judgment. Fla. Stat. § 77.03. The writ

must direct the garnishee to answer the writ within twenty days and state the amount named in the judgment creditor's motion. Fla. Stat. § 77.04.

On August 14, 2017, the United States District Court for the Western District of North Carolina, entered judgment against Ms. Sanchez, in the amount of $6,282.82, plus accruing post-judgment interest. (Doc. 1-1). On March 8, 2021, NJR registered the judgment in this court. (Doc. 1). According to NJR's motion, this amount remains unpaid.

NJR's Motion for Writ of Garnishment (Doc. 14) is **GRANTED**. The Clerk of Court must issue a writ of garnishment to the named garnishee using the form attached to NJR's motion and the address for the garnishee contained in the form (Doc. 14-1). NJR must include with the writ copies of:

    a.    NJR's Motion for Writ of Garnishment (Doc. 14),
    b.    this Order, and
    c.    NJR's Registration of Foreign Judgment (Doc. 1).

**ORDERED** in Tampa, Florida on August 14, 2023.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge